IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| WARREN BERRY, on behalf of himself and all others similarly situated, | : <br> : <br> : Civil Action No.: 13-4248 |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| BRAMBLE SWEEPING INC., *et al.* | : <br> : <br> : |
| Defendants. | : |

---

### CLASS COUNSEL'S MOTION FOR AN ORDER
### AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Class Counsel for the Class Representative, Warren Berry, and the Settlement Class comprised of all non-exempt current and former employees of Bramble Sweeping, Inc., Paul Bramble, and Jodi Bramble ("Defendants") in the position of Driver who worked more than fifty (50) overtime hours from December 10, 2010 through December 10, 2013, who were allegedly not paid overtime compensation at a rate of one and one-half times the drivers' regular rate of pay for hours worked in excess of forty (40) hours in a work week, hereby move before this Honorable Court for an Order:

1. Awarding attorneys' fees in the amount of $19,305.00; and

2. Reimbursing Class Counsel for litigation expenses totaling $400.00.

Class Counsel's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference, as well as Plaintiffs' Motion for Final Approval of the Settlement and accompanying Memorandum of Law which has also been filed with the

Court.

                          **MURPHY LAW GROUP, LLC**

                    By:  /s/ Michael Murphy
                        Michael P. Murphy, Jr., Esquire
                        One Penn Center, Suite 1230
                        1617 John F. Kennedy Blvd.
                        Philadelphia, PA 19103
                        TEL: 215-375-0961 or 267-273-1054
                        FAX: 215-525-0210
                        murphy@phillyemploymentlawyer.com
                        *Attorney for Plaintiff*

Dated: March 31, 2014

## CERTIFICATE OF SERVICE

I, Michael Murphy, Esquire, hereby certify that on March 31, 2014, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

>Jeffrey S. Adler, Esquire
>Burns White, LLC
>100 Four Falls, Suite 515
>1001 Conshohocken State Road
>West Conshohocken, PA 19428

>/s/ Michael Murphy
>Michael Murphy

Dated: March 31, 2014